■ VILLAGERS AGAINST KENSINGTON MANOR et al., Appellants, v NANCY D. HAND et al., Respondents. [646 NYS2d 639] —Appeal by the plaintiffs from an order and judgment (one paper) of the Supreme Court, Westchester County (Coppola, J.), dated June 27, 1995.

Ordered that the order and judgment is affirmed, with one bill of costs payable to the respondents appearing separately and filing separate briefs, for reasons stated by Justice Coppola at the Supreme Court. O'Brien, J. P., Thompson, Altman and Krausman, JJ., concur.